IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-cv-01310-MEH

KERRI BOYER,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

The Stipulated Motion for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed October 7, 2015; docket #21] is **granted**. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 8th day of October, 2015.

                                              BY THE COURT:

                                              */s/ Michael E. Hegarty*

                                              Michael E. Hegarty
                                              United States Magistrate Judge